# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| TONY ROBINSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 2:25-cv-02765-SHL-cgc |
| WARDEN C. HARRISON, | ) |
| Respondent. | ) |

## ORDER DIRECTING PETITIONER TO FILE AN IN FORMA PAUPERIS AFFIDAVIT AND TRUST FUND ACCOUNT STATEMENT OR PAY THE HABEAS FILING FEE AND DIRECTING CLERK TO MAIL FORM

On July 31, 2025, Petitioner Tony Robinson, Federal Bureau of Prisons identification number 25853-009, who is incarcerated at the Federal Correctional Institute in Memphis, Tennessee, filed a pro se petition under 28 U.S.C. § 2241.  (ECF No. 2.)  But Petitioner failed to either pay the five-dollar habeas filing fee required by 28 U.S.C. § 1914(a) or apply to proceed in forma pauperis with a certified copy of his inmate trust fund account statement.

Thus, Petitioner is **ORDERED** to either pay the five dollar habeas corpus filing fee or submit a properly completed Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) demonstrating his indigency and a certified inmate trust fund account statement for the last six months by **September 3, 2025**.[1]  The Clerk is **DIRECTED** to mail a copy of the prisoner Application to Proceed in District Court Without Prepaying Fees or Costs (AO 240) to Petitioner along with this Order.

---

[1] Petitioner is advised that if his inmate trust account had a balance of at least twenty-five dollars on the date his habeas petition was filed, an application to proceed in forma pauperis will be denied.

Petitioner is **ORDERED** to notify the Court immediately, in writing, of any change of address. If Petitioner fails to abide by this requirement or any other requirement of this Order in a timely manner, the Court may, without further notice, impose appropriate sanctions, up to and including dismissal of this action for failure to prosecute under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED** this 4th day of August, 2025.

s/ Sheryl H. Lipman<br>
SHERYL H. LIPMAN<br>
CHIEF UNITED STATES DISTRICT JUDGE