**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| TONY ROBINSON, <br><br> Petitioner, <br><br> v. <br><br> WARDEN C. HARRISON, <br><br> Respondent. | ) <br> ) <br> ) <br> ) <br> )      No. 2:25-cv-02765-SHL-cgc <br> ) <br> ) <br> ) <br> ) |

**JUDGMENT**

**JUDGMENT BY COURT**. This action having come before the Court on Petitioner Tony Robinson's Pro Se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, (ECF No. 2), filed July 31, 2025,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Granting Motion for Leave to File Reply, Directing Clerk to Modify Docket, Granting Respondent's Motion to Dismiss, Denying § 2241 Petition, Certifying That an Appeal Would Not Be Taken in Good Faith, and Denying Leave to Proceed In Forma Pauperis on Appeal (ECF No. 15), all claims by Petitioner Robinson against Respondent in this matter are **DISMISSED WITH PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

April 23, 2026
Date